Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff GUSTAVO OCEGUERA REBOLLEDO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO OCEGUERA REBOLLEDO, | Case No.:  1:16-cv-00441-BAM |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gustavo Oceguera Rebolledo ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to October 24, 2016; and that Defendant shall have until November 28, 2016, to provide a response. This Court is aware that Counsel's Spouse battled Stage IV breast cancer which metastasized initially to her liver and continued to progress with tumors in her lungs, spine and brain.  After exhausting all known

1. chemotherapy treatments over 18 months ago and surviving on willful determination and profound
2. faith alone Counsel's wife has succumbed to her illness.  On September 30, 2016 Counsel gently
3. held his wife as she relinquished her fight and passed away.  Counsel requires the time to deal
4. with providing the appropriate respect to his spouse.

5. DATE: October 24, 2016               Respectfully submitted,

6.                                     LAW OFFICES OF LAWRENCE D. ROHLFING

7.                                         /s/ *Steven G. Rosales*
                          BY: _____
8.                                      Steven G. Rosales
                                     Attorney for plaintiff

9.
10. DATE:  October 24, 2016     BENJAMIN WAGNER
                                  United States Attorney
                                  Donna L. Calvert
11.                                   Regional Chief Counsel, Region IX
                                  Social Security Administration
12.                                   */S/- Sundeep Patel
                                        Sundeep Patel
13.                                   Special Assistant United States Attorney
                                  Attorney for Defendant
14.                                   [*Via email authorization]

15.

16. **ORDER**

17.    IT IS HEREBY ORDERED that Plaintiff may have an extension of time for Plaintiff to
18. provide Defendant with Plaintiff's Settlement Letter Brief to and including October 24, 2016;
19. Defendant may have an extension of time to November 28, 2016 to file her response.  Plaintiff's
20. opening brief, if any, shall be due on or before January 6, 2017.  All other deadlines set forth in
21. the Case Management Order shall be extended accordingly.
22. IT IS SO ORDERED.

23.    Dated:   **October 27, 2016**              /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE
24.
25.
26.