Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff GUSTAVO OCEGUERA REBOLLEDO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO OCEGUERA REBOLLEDO,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:16-cv-00441-BAM<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gustavo Oceguera Rebolledo ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1 undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling
2 Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February
3 16, 2017; and that Defendant shall have until March 20, 2017, to file her
4 opposition, if any is forthcoming.  Any reply by plaintiff will be due April 4, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 28, 2016         Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Steven G. Rosales*
                            BY: _____
                                Steven G. Rosales
                                Attorney for plaintiff

DATE:  December 28, 2016        BENJAMIN WAGNER
                                United States Attorney
                                Donna L. Calvert
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                                */S/- Sundeep Patel
                                _____
                                Sundeep Patel
                                Special Assistant United States Attorney
                                Attorney for Defendant
                                [*Via email authorization]

1  Pursuant to the stipulation of the parties, and good cause appearing, IT IS
2  HEREBY ORDERED that plaintiff may have an extension of time, to and
3  including February 16, 2017, in which to file Plaintiff's Opening Brief; Defendant
4  may have an extension of time to March 20, 2017 to file his opposition, if any is
5  forthcoming.  Any reply by plaintiff will be due April 4, 2017.  No further
6  extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **January 30, 2017**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE