PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8981
     Facsimile: (415) 744-0134
     E-Mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GUSTAVO OCEGUERA REBOLLEDO,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-00441-BAM<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |

     Pursuant to the Parties' Stipulation for an Extension of Time, IT IS HEREBY ORDERED that that Defendant shall have a 55-day extension, or until May 4, 2017, to submit her response to Plaintiff's Opening Brief.  All other dates in the Scheduling Order shall be extended accordingly.  This is the first extension of time requested by Defendant.  However, given the lengthy extension, Defendant is warned that any further request for an extension will be denied absent a showing of good cause.

IT IS SO ORDERED.

Dated:  __March 17, 2017__        __/s/ Barbara A. McAuliffe__
                                UNITED STATES MAGISTRATE JUDGE

---

[1]    Nancy A. Berryhill is now the Acting Commissioner of Social Security.  42 U.S.C. § 405(g).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28